IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02740-CMA-MEH

CAROL POLLARD,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

_____

**ORDER FOR DEFAULT JUDGMENT**
_____

This matter is before the Court on Plaintiff's Motion for Judgment on Clerk's Default (Doc. # 11), filed January 27, 2012. The Court, having fully considered the merits of Plaintiff's Motion, and for good cause shown, FINDS:

    1.    The Court has personal jurisdiction over all the parties.

    2.    This Court has jurisdiction over the subject matter of this action.

    3.    Clerk's Default was entered on December 5, 2011.

It is therefore

ORDERED that Plaintiff's Motion for Judgment on Clerk's Default is GRANTED. Default Judgment shall enter in favor of Plaintiff Lori Monk and against Defendant Bryon Bellerud II as follows:

    1.    Plaintiff Lori Monk shall recover from Defendant Bryon Bellerud II

        $1,000.00 in statutory damages.

2. Plaintiff Lori Monk shall recover from Defendant Bryon Bellerud II $2,995.00 in attorney's fees.

3. Plaintiff Lori Monk shall recover from Defendant Bryon Bellerud II $380.00 in costs.

DATED January 31, 2012

                                         BY THE COURT:

                                         _____
                                         CHRISTINE M. ARGUELLO
                                         United States District Judge