IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02740-CMA-MEH

LORI MONK,

    Plaintiff,

v.

BRYON BELLERUD, II,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 6, 2012**.

    This matter is before the Court on Plaintiff's Verified Motion for Issuance of Order to Show Cause [filed June 11, 2012; docket #22]. Defendant filed no response to the motion in the time allowed under D.C. Colo. LCivR 7.1C.

    Plaintiff contends that the "Defendant has refused to answer the post-judgment interrogatories and has disobeyed an order of the court by not answering the written interrogatories." However, a review of the record in this case indicates that no motion to compel discovery responses has been filed and the Court has issued no order requiring the Defendant to respond to post-judgment interrogatories. The Plaintiff cites to no such motion to compel or order in the present motion. Therefore, the Court is unable to grant the Plaintiff's request to require Defendant to appear for a hearing to show cause why he should not be held in contempt for disobeying a court order and, as such, the Plaintiff's motion is **denied without prejudice**.